**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-7209**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

KENNETH ROSHAUN REID,

        Defendant - Appellant.

---

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Cameron McGowan Currie, Senior District Judge.  (0:04-cr-00353-CMC-1)

---

Submitted:  January 30, 2024    Decided:  February 6, 2024

---

Before KING, AGEE, and THACKER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Kenneth Roshaun Reid, Appellant Pro Se.  William Kenneth Witherspoon, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Roshaun Reid appeals the district court's order denying his self-styled "Motion pursuant to Rule 60(b)(6)" and motion to expedite resentencing hearing. We have reviewed the record and find no reversible error. Reid asserted that this court had vacated his criminal judgment and sentence in appeal No. 19-7803 and requested resentencing and appointment of counsel for a resentencing hearing. In *United States v. Reid*, 823 F. App'x 223, 224 (4th Cir. 2020) (No. 19-7803), this court determined that Reid was eligible to receive a sentence reduction under § 404(b) of the First Step Act of 2018, vacated the district court's order denying Reid's § 404(b) motion, and remanded for further proceedings. This court's opinion in *Reid*, however, did not vacate Reid's criminal judgment or require that Reid be brought to court for a resentencing hearing. We thus affirm the district court's denial order. *United States v. Reid*, No. 0:04-cr-00353-CMC-1 (D.S.C. Nov. 15, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2